**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Greg Beeche Logistics, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2393984** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **356 Hudson River Road** **Waterford, NY 12188** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saratoga** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.gregbeeche.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Greg Beeche Logistics, LLC**                                    Case number (*if known*) _____
    Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3399

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Greg Beeche Logistics, LLC**                                                    Case number (*if known*)
       Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Greg Beeche Logistics, LLC**
Name

Case number (*if known*) _____

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2025**
MM / DD / YYYY

**X** **/s/ Gregory L. Beeche**
Signature of authorized representative of debtor

**Gregory L. Beeche**
Printed name

Title    **80% owner/member**

---

**18. Signature of attorney**

**X** **/s/ Peter A. Orville**
Signature of attorney for debtor

Date    **October 24, 2025**
MM / DD / YYYY

**Peter A. Orville 1735935**
Printed name

**Orville & McDonald Law, P.C.**
Firm name

**30 Riverside Drive**
**Binghamton, NY 13905**
Number, Street, City, State & ZIP Code

Contact phone    **607-770-1007**

Email address _____

**1735935 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2025**          X **/s/ Gregory L. Beeche**
                                                  Signature of individual signing on behalf of debtor

                                                  **Gregory L. Beeche**
                                                  Printed name

                                                  **80% owner/member**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Greg Beeche Logistics, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AFCO Direct Two Conway Park 150 N Field Dr., Ste. 190 Lake Forest, IL 60045** | | insurance | | | | **$50,484.97** |
| **Crum & Forster 303 Madison Ave Morristown, NJ 07960** | | insurance | | | | **$78,928.00** |
| **D.H. Charles Engineering 4706 Hoen Avenue Santa Rosa, CA 95405** | | Engineering services | | | | **$0.00** |
| **Donald Packer 1 Paddock Ct Glen Head, NY 11545** | | loan | | | | **$1,035,000.00** |
| **Fabbrica LLC 1 Market Cir Windsor, CT 06095** | | refund due | Disputed | | | **$171,936.00** |
| **Great American Risk Solutions Surplus Lines Insurance Company 301 E. Fourth St. Cincinnati, OH 45202** | | Judgment | | | | **$144,050.00** |
| **Ironworkers Local 580 501 W. 42nd St. 2nd Fl New York, NY 10036** | | employee benefits | Disputed | | | **Unknown** |
| **James Pai 15 Hadel Road Scotia, NY 12302** | | labor | | | | **$2,730.00** |

Debtor **Greg Beeche Logistics, LLC**                                    Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Pantanelli 47-49 31st Street, LLC 150 Old Mamaroneck Rd. White Plains, NY 10605** | | **confession of judgment** | | | | $1,002,085.00 |
| **McCormick 103, LLC 11350 McCormick Road, Ste. 902 Hunt Valley, MD 21031** | | **All assets** | | $11,188,213.00 | $0.00 | $11,188,213.00 |
| **McMaster-Carr Supply Company 600 N County Line Rd Elmhurst, IL 60126** | | **materials** | | | | $4,460.50 |
| **NYS Department of Taxation & Finance Building 9 W.A. Harriman Campus Albany, NY 12227** | | **Withholding  tax** | **Unliquidated** | | | $29,316.55 |
| **NYS Department of Taxation & Finance Building 9 W.A. Harriman Campus Albany, NY 12227** | | **Withholding tax "in protest"** | **Disputed** | | | $21,484.17 |
| **NYS Department of Taxation & Finance Building 9 W.A. Harriman Campus Albany, NY 12227** | | **Sales/Use tax** | | | | $256,376.61 |
| **Sky Climber LLC 1600 Pittsburgh Dr Delaware, OH 43015** | | **services** | | | | $24,049.32 |
| **U.S. Department of Labor - OSHA PO Box 2422 Washington, DC 20013** | | **fine** | | | | $6,030.00 |
| **William Cade 7332 Grant Blvd New Port Richey, FL 34652** | | **confession of judgment** | | | | $1,598,000.00 |
| **Wolberg Electrical Supply Co., Inc. 35 Industrial Park Rd Albany, NY 12206** | | **supplies** | | | | $5,565.53 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 2

**Fill in this information to identify the case:**

Debtor name    **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $ _____ 21,224,885.29

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $ _____ 21,224,885.29

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 11,188,213.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 1,225,934.33

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$ _____ 4,123,319.32

4.    Total liabilities ............................................................................................
    Lines 2 + 3a + 3b

| $ | 16,537,466.65 |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Business Checking** | **6995** | **$203.06** |
| 3.2. | **Texas Republic Bank** | **checking** | **4235** | **$283,560.89** |
| 3.3. | **TD Bank** | **checking** | **6979** | **Unknown** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $283,763.95 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    **Greg Beeche Logistics, LLC**                                    Case number *(if known)* _____
_____
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **138,229.59**    -    **0.00**    = ....    **$138,229.59**
face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:    **727,502.74**    -    **0.00**    =....    **$727,502.74**
face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                      **$865,732.33**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials**<br>**Aluminum ADT Inventory** | **April 2025** | **$0.00** | | **$1,919,070.33** |
| **Aluminum Railings** | | **$0.00** | | **$238,679.67** |
| **Aluminum Stages** | | **$0.00** | | **$297,346.30** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      **$2,455,096.30**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

Debtor  **Greg Beeche Logistics, LLC**                          Case number *(If known)* _____
        Name

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2000 volvo Knuckleboom<br>Crane/Palfinger $12,000<br>2006 Toyota Tundra<br>6,000<br>2005 Freightliner Flatbed<br>12,500<br>2003 Honda Pilot<br>2,000<br>2015 DODG Ram Promaster<br>9,600<br>2015 DODG Ram Promaster<br>6,000<br>2006 Freightliner Tractor<br>10,500<br>2014 Porsche Panamera<br>12,500<br>1995 Talb TL<br>3,000<br>2017 Freightliner Flatbed<br>15,000<br>2017 Freightliner Flatbed<br>15,000<br>1990 Ravens TL<br>2,000<br>2015 Nissan  Titan<br>6,000<br>2008 Toyota Tundra<br>4,000<br>1973 Fayet Trailer<br>1,000** | **Unknown** | | **$130,600.00** |

Debtor    **Greg Beeche Logistics, LLC**          Case number *(If known)* _____
          Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | | | |
|---|---|---|---|
| **BGLift Mini-Cranes** | **$0.00** | | **$1,380,000.00** |
| **Tirak Hoists** | **$0.00** | | **$9,941,368.28** |
| **Hoist Products** | **$0.00** | | **$4,984,862.77** |
| **Control Systems** | **$0.00** | | **$853,529.34** |
| **Power Distribution** | **$0.00** | | **$176,432.32** |
| **Shop Machinery** | **$0.00** | | **$115,000.00** |
| **Warehouse Machinery** | **$0.00** | | **$38,500.00** |

51.   **Total of Part 8.**                                      | **$17,620,292.71** |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor   **Greg Beeche Logistics, LLC** _____   Case number *(If known)* _____
     Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $283,763.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $865,732.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,455,096.30 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,620,292.71 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,224,885.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,224,885.29 |

**Fill in this information to identify the case:**

Debtor name    **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **McCormick 103, LLC**<br>Creditor's Name<br><br>**11350 McCormick Road, Ste. 902**<br>**Hunt Valley, MD 21031**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets**<br><br>Describe the lien<br>**UCC filed 4/20/17 by B of A and assigned and extended to 4/20/27** | **$11,188,213.00** | **$0.00** |

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$11,188,213.00** |
| --- | --- | --- |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Christopher P. Schueller**<br>**c/o McCormick 103, LLC**<br>**501 Grant Street, Ste. 200**<br>**Pittsburgh, PA 15219** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name  **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Ironworkers Local 580**<br>**501 W. 42nd St.**<br>**2nd Fl**<br>**New York, NY 10036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$918,757.00** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**employee benefits** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Department of Taxation &**<br>**Finance**<br>**Building 9**<br>**W.A. Harriman Campus**<br>**Albany, NY 12227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$256,376.61** | **$256,376.61** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Sales/Use tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Greg Beeche Logistics, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,316.55 | $29,316.55 |
|---|---|---|---|---|

**NYS Department of Taxation & Finance**
**Building 9**
**W.A. Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding  tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,484.17 | $21,484.17 |
|---|---|---|---|---|

**NYS Department of Taxation & Finance**
**Building 9**
**W.A. Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding tax "in protest"**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,484.97 |
|---|---|---|---|

**AFCO Direct**
**Two Conway Park**
**150 N Field Dr., Ste. 190**
**Lake Forest, IL 60045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,928.00 |
|---|---|---|---|

**Crum & Forster**
**303 Madison Ave**
**Morristown, NJ 07960**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**D.H. Charles Engineering**
**4706 Hoen Avenue**
**Santa Rosa, CA 95405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Engineering services

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Greg Beeche Logistics, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,035,000.00 |
|---|---|---|---|

**Donald Packer**
**1 Paddock Ct**
**Glen Head, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,936.00 |
|---|---|---|---|

**Fabbrica LLC**
**1 Market Cir**
**Windsor, CT 06095**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **refund due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,050.00 |
|---|---|---|---|

**Great American Risk Solutions**
**Surplus Lines Insurance Company**
**301 E. Fourth St.**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,730.00 |
|---|---|---|---|

**James Pai**
**15 Hadel Road**
**Scotia, NY 12302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,002,085.00 |
|---|---|---|---|

**John Pantanelli**
**47-49 31st Street, LLC**
**150 Old Mamaroneck Rd.**
**White Plains, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **confession of judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,460.50 |
|---|---|---|---|

**McMaster-Carr Supply Company**
**600 N County Line Rd**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **materials**

Last 4 digits of account number  **1681**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,049.32 |
|---|---|---|---|

**Sky Climber LLC**
**1600 Pittsburgh Dr**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number  **7959**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Greg Beeche Logistics, LLC**
_____     Case number (if known) _____
 Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,030.00 |
|---|---|---|---|

**U.S. Department of Labor - OSHA**
**PO Box 2422**
**Washington, DC 20013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **fine**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598,000.00 |
|---|---|---|---|

**William Cade**
**7332 Grant Blvd**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **confession of judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,565.53 |
|---|---|---|---|

**Wolberg Electrical Supply Co., Inc.**
**35 Industrial Park Rd**
**Albany, NY 12206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Biehl & Biehl, Inc.** **P.O. Box 87410** **Carol Stream, IL 60188** | Line **3.9** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Colleran, O'Hara & Mills L.L.P.** **100 Crossways Park Drive West** **Ste. 200** **Woodbury, NY 11797** | Line **2.1** <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Gottlieb Ostrager LLP** **80 Business Park Drive, Ste. 105** **Armonk, NY 10504** | Line **3.10** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **McMaster-Carr Supply Company** **P.O. Box 4355** **Chicago, IL 60680** | Line **3.9** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Stephanie J. Donato, Esq.** **261 North Plank Road** **Newburgh, NY 12550** | Line **3.13** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **Taroff & Taitz LLP** **630 Johnson Ave., Ste. 105** **Bohemia, NY 11716** | Line **3.2** <br> ☐ Not listed. Explain ____ | _ |

Debtor  **Greg Beeche Logistics, LLC**                                   Case number (if known) _____
_____
       Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Tarter Krinsky & Drogin**<br>**1350 Broadway**<br>**New York, NY 10018** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Todd A. Ritschdorff, Esq.**<br>**Phillips Lytle LLP**<br>**3 Winners Cir Suite 306**<br>**Albany, NY 12205** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Trustees of Ironworkers Local 580**<br>**501 W. 42nd St.**<br>**2nd Fl**<br>**New York, NY 10036** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **VeriCore**<br>**10115 Kincey Avenue, Ste. 100**<br>**Huntersville, NC 28078** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  1,225,934.33 |
| **5b. Total claims from Part 2** | 5b.  + | $  4,123,319.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  5,349,253.65 |

**Fill in this information to identify the case:**

Debtor name    **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **383 Madison Avenue**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Brandsafway**<br>**600 Galleria Pkwy SE Suite 1100**<br>**Atlanta, GA 30339** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **262 5th Ave.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Doria, Inc.**<br>**205-02 Jamaica Ave**<br>**Hollis, NY 11423** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Rolex Bldg.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fabbrica LLC**<br>**1 Market Cir**<br>**Windsor, CT 06095** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **PNC Tower**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Permasteelisa North America**<br>**1300 Hall Blvd., Ste. 1A**<br>**Bloomfield, CT 06002** |

| Debtor 1 | **Greg Beeche Logistics, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **555 10 Avenue** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Permasteelisa North America**<br>**1300 Hall Blvd., Ste. 1A**<br>**Bloomfield, CT 06002** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Waterford Power Plant** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vischer Ferry**<br>**Crescent Hydro Plant**<br>**Clifton Park, NY 12065** |

**Fill in this information to identify the case:**

Debtor name    **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Greg Beeche** | **65 Smith Road**<br>**Mechanicville, NY 12118** | **Ironworkers Local 580** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.2 | **Greg Beeche** | **65 Smith Road**<br>**Mechanicville, NY 12118** | **Wolberg Electrical Supply Co., Inc.** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.3 | **Greg Logistics, LLC** | **356 Hudson River Road**<br>**Waterford, NY 12188** | **Great American Risk Solutions** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | **Greg Logistics, LLC** | **356 Hudson River Road**<br>**Waterford, NY 12188** | **AFCO Direct** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.5 | **Greg Logistics, LLC** | **356 Hudson River Road**<br>**Waterford, NY 12188** | **McCormick 103, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Greg Beeche Logistics, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Greg Logistics, LLC | 356 Hudson River Road<br>Waterford, NY 12188 | John Pantanelli | ☐ D ____<br>■ E/F   __3.8__<br>☐ G ____ |
| 2.7 | Gregory Beeche | 65 Smith Road<br>Mechanicville, NY 12118 | McCormick 103, LLC | ■ D   __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Kirk Beeche | 8 Connors Way<br>Saratoga Springs, NY 12866 | John Pantanelli | ☐ D ____<br>■ E/F   __3.8__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name      **Greg Beeche Logistics, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$4,378,527.85** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$9,899,188.42** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$10,113,653.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Greg Beeche Logistics, LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Unknown due to Receiver control of asset** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **49-47 31st Street LLC v. Greg Beeche Logistics, LLC et al EF20242218** | **Execution with Notice to Garnishee** | **Supreme Court, Saratoga County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Greg Beeche Logistics, LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **McCormick 103, LLC v. Greg Beeche Logistics, LLC et al<br>1:25-cv-00944-AMN-TWD** | **Lawsuit** | **US District Court - NDNY** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Fabbrica LLC v. Greg Beech Logistics LLC, et al** | **lawsuit** | **New York County Supreme Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Local Union No. 580 and Trustees of Local Union No. 580 against Greg Beeche Logistics<br>607802/2025** | **Lawsuit** | **Supreme Court, County of Nassau** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Great American Risk Solutions Surplus Lines Insurance Company against Greg Beeche Logistics, LLC, et al.** | | **Supreme Court, Saratoga County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Wolberg Electrical Supply, Co., Inc. against Greg Beeche Logistics, LLC, et al.<br>EF20251153** | **Lawsuit** | **Supreme Court, Saratoga County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. | **James Pai against Greg Beeche Logistics, LLC, et al** | **Lawsuit** | **Halfmoon Town Court<br>One Halfmoon Town Plaza<br>Clifton Park, NY 12065** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Dotan Y. Melech** | **All of Debtor's assets** | **$20,000,000.00** |
| | **Case title**<br>**McCormick 103, LLC v. Greg Beeche Logist**<br>**Case number**<br>**1:25-cv-00944-AMN-TWD**<br>**Date of order or assignment**<br>**August 8, 2025** | **Court name and address**<br>**US District Court for NDNY**<br>**Albany, NY** |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Greg Beeche Logistics, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Orville & McDonald Law, P.C.**<br>**30 Riverside Drive**<br>**Binghamton, NY 13905** | **Attorney Fees** | | **$18,262.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Silvia Beeche** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **Debtor's principal has no information regarding possible transfers of Debtors assets made by the Receiver since the Receiver was appointed.** | | **$0.00** |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Greg Beeche Logistics, LLC**                                            Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|                           |                                                                                  |                                                                           |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **Bank of America**<br>**P.O. Box 15284**<br>**Wilmington, DE 19850** | **XXXX-0494** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2025** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Greg Beeche Logistics, LLC**                                        Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **see below** | **varies** | **Debtor has equipment at 8 ongoing projects** | ☐ No ■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Enclos Corp.** | **on premises** | **7 mini cranes owned by Enclos Corp.** | **Unknown** |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

---

| Debtor | **Greg Beeche Logistics, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jennifer Klahr**<br>**Luzt, Selig & Zeronda**<br>**33 Century Dr.**<br>**Latham, NY 12110** | **May 2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Luzt, Selig & Zeronda**<br>**33 Century Dr.**<br>**Latham, NY 12110** | **May 2019 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Dotan Y. Melech  - Receiver** | **Debtor's Principal is currently locked out of the office by Receiver** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886-5796** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Greg Beeche Logistics, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kirk Beeche | 8 Connors Way
Saratoga Springs, NY 12866 | member | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory L. Beeche | 65 Smith Road
Mechanicville, NY 12118 | member | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dotan Y. Melech | United AMS, LLC
8350 W. Sahara Ave., Ste 150
Las Vegas, NV 89117 | Court appointed Receiver | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kirk Beeche
8 Connors Way
Saratoga Springs, NY 12866** | **$234,000** | **October 2024 - August 8, 2025** | **Salary** |
| | **Relationship to debtor
member** | | | |
| 30.2. | **Gregory Beeche
65 Smith Road
Mechanicville, NY 12118** | **$74,500 - Owners Draw
$41,760 Salary** | **October 2024 - August 8, 2025** | |
| | **Relationship to debtor
member** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Greg Beeche Logistics, LLC**    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2025**

**/s/ Gregory L. Beeche**                              **Gregory L. Beeche**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **80% owner/member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re   **Greg Beeche Logistics, LLC**

Case No. _____

Debtor(s)        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 18,262.00 |
| Prior to the filing of this statement I have received | $ | 18,262.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):   **Silvia Beeche**

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Further fees as allowed by the Court**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 24, 2025**

*Date*

/s/ Peter A. Orville

**Peter A. Orville 1735935**
*Signature of Attorney*
**Orville & McDonald Law, P.C.**
**30 Riverside Drive**
**Binghamton, NY 13905**
**607-770-1007  Fax: 607-770-1110**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of New York

In re   **Greg Beeche Logistics, LLC** _____  Case No. _____

Debtor(s)                Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregory L. Beeche**<br>**65 Smith Road**<br>**Mechanicville, NY 12118** | | **80% interest** | **member** |
| **Kirk Beeche**<br>**8 Connors Way**<br>**Saratoga Springs, NY 12866** | | **20% interest** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **80% owner/member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 24, 2025** _____    Signature   **/s/ Gregory L. Beeche** _____

**Gregory L. Beeche**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **Greg Beeche Logistics, LLC** _____ ,

                         Debtor                         Case No.

                                                        Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**26-2393984** _____

## <u>CERTIFICATION OF MAILING MATRIX</u>

I,(we),  **Peter A. Orville 1735935** , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **October 24, 2025** _____

                                        **/s/ Peter A. Orville** _____
                                        **Peter A. Orville 1735935**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

AFCO Direct
Two Conway Park
150 N Field Dr., Ste. 190
Lake Forest, IL 60045


Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188


Brandsafway
600 Galleria Pkwy SE Suite 1100
Atlanta, GA 30339


Christopher P. Schueller
c/o McCormick 103, LLC
501 Grant Street, Ste. 200
Pittsburgh, PA 15219


Colleran, O'Hara & Mills L.L.P.
100 Crossways Park Drive West
Ste. 200
Woodbury, NY 11797


Crum & Forster
303 Madison Ave
Morristown, NJ 07960


D.H. Charles Engineering
4706 Hoen Avenue
Santa Rosa, CA 95405


Donald Packer
1 Paddock Ct
Glen Head, NY 11545


Doria, Inc.
205-02 Jamaica Ave
Hollis, NY 11423


Dotan Y. Melech
United AMS, LLC
8350 W. Sahara Ave., Ste. 150
Las Vegas, NV 89117

Fabbrica LLC
1 Market Cir
Windsor, CT 06095


Gottlieb Ostrager LLP
80 Business Park Drive, Ste. 105
Armonk, NY 10504


Great American Risk Solutions
Surplus Lines Insurance Company
301 E. Fourth St.
Cincinnati, OH 45202


Greg Beeche
65 Smith Road
Mechanicville, NY 12118


Greg Logistics, LLC
356 Hudson River Road
Waterford, NY 12188


Gregory Beeche
65 Smith Road
Mechanicville, NY 12118


Ironworkers Local 580
501 W. 42nd St.
2nd Fl
New York, NY 10036


James Pai
15 Hadel Road
Scotia, NY 12302


John Pantanelli
47-49 31st Street, LLC
150 Old Mamaroneck Rd.
White Plains, NY 10605


Kirk Beeche
8 Connors Way
Saratoga Springs, NY 12866

McCormick 103, LLC
11350 McCormick Road, Ste. 902
Hunt Valley, MD 21031


McMaster-Carr Supply Company
600 N County Line Rd
Elmhurst, IL 60126


McMaster-Carr Supply Company
P.O. Box 4355
Chicago, IL 60680


NYS Department of Taxation & Finance
Building 9
W.A. Harriman Campus
Albany, NY 12227


Permasteelisa North America
1300 Hall Blvd., Ste. 1A
Bloomfield, CT 06002


Sky Climber LLC
1600 Pittsburgh Dr
Delaware, OH 43015


Stephanie J. Donato, Esq.
261 North Plank Road
Newburgh, NY 12550


Taroff & Taitz LLP
630 Johnson Ave., Ste. 105
Bohemia, NY 11716


Tarter Krinsky & Drogin
1350 Broadway
New York, NY 10018


Todd A. Ritschdorff, Esq.
Phillips Lytle LLP
3 Winners Cir Suite 306
Albany, NY 12205

Trustees of Ironworkers Local 580
501 W. 42nd St.
2nd Fl
New York, NY 10036


U.S. Department of Labor - OSHA
PO Box 2422
Washington, DC 20013


VeriCore
10115 Kincey Avenue, Ste. 100
Huntersville, NC 28078


Vischer Ferry
Crescent Hydro Plant
Clifton Park, NY 12065


William Cade
7332 Grant Blvd
New Port Richey, FL 34652


Wolberg Electrical Supply Co., Inc.
35 Industrial Park Rd
Albany, NY 12206

# United States Bankruptcy Court
### Northern District of New York

In re    **Greg Beeche Logistics, LLC** _____
Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Greg Beeche Logistics, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 24, 2025** _____
Date

**/s/ Peter A. Orville** _____

**Peter A. Orville 1735935**

Signature of Attorney or Litigant

Counsel for    **Greg Beeche Logistics, LLC** _____

**Orville & McDonald Law, P.C.**

**30 Riverside Drive**
**Binghamton, NY 13905**
**607-770-1007 Fax:607-770-1110**