Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail:  christopher.schueller@bipc.com
*Attorneys for Secured Creditor McCormick 103, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GREG BEECHE, LOGISTICS, LLC, | Case No. 25-11257-1-pgr |
| Debtor. | |

**MOTION BY SECURED CREDTIOR MCCORMICK 103, LLC FOR AN EXPEDITED HEARING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(d) AND LOCAL RULE 9013-5**

Senior Secured Creditor McCormick 103, LLC (*"**Secured Creditor**"*), hereby moves by and through its attorneys, Buchanan Ingersoll & Rooney PC, pursuant to Federal Rule of Bankruptcy Procedure 9006(d) and Rule 9013-5(b)  of the Local Rules of Bankruptcy Procedure for the Bankruptcy Court for the Northern District of New York  (the "**Local Rules**"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), (i) providing for consideration of the Secured Creditor's *Emergency Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) Based on a Bad Faith Filing, or in the Alternative, to Excuse the Turnover of Assets by the Receiver Pursuant  to 11 U.S.C. § 543(d)*, filed contemporaneously herewith (the "**Motion**") on an expedited basis at the hearing scheduled for a date and time as soon as convenient for the Court (the "**Hearing**"), (ii) establishing the deadline to respond or object to the Motion as

4:00 p.m. Eastern Standard Time on the business day prior to the Hearing, (iii) approving the form of notice attached hereto as **Exhibit B** (the "**Hearing Notice**"), and (iv) providing that any party seeking to oppose the Motion must do so in accordance with the procedure set forth herein.

## I.    REASONS FOR EXPEDITED RELIEF

As set forth in the Motion, the Debtor Greg Beeche, Logistics, LLC ("**Debtor**") filed this Chapter 11 case in bad faith. If for some reason the Court permits Debtor to remain in bankruptcy, it is imperative that the federal receiver that was appointed prior to the bankruptcy filing remain in place to protect assets to the Debtor.

The Secured Creditor respectfully requests expedited consideration of its Motion for two reasons. **First**, the Debtor's principal owner Gregory Beeche ("**Beeche**") has engaged in very erratic behavior over the past three days. In three separate instances, Beeche used bolt cutters to gain access to equipment and other collateral of the Secured Creditor. Beeche then sought to remove the collateral and give the collateral to a third-party. It appears that today Beeche actually removed a forklift and other equipment. In all instances, the receiver called the police. In all instances, the receiver requested that Debtor's counsel prevent Beeche from breaching the peace and removing collateral. However, it is clear that debtor's counsel has no control over Beeche.

The situation is really quite insane. We need the Court to intervene as soon as possible to direct who has control over the equipment – the receiver or Beech. We also need the Court to enforce some protections for the collateral. Beeche cannot be permitted to keep walking off with collateral.

**Second**, the federal receiver is on the verge of closing a sale of the Debtor's assets to a third-party in the receivership action in November of 2025. The bankruptcy now jeopardizes this sale.

II. **DESCRIPTION OF RELIEF REQUESTED**

The Secured Creditor respectfully seeks entry of an order (i) providing for expedited consideration of the Motion at the Hearing scheduled for a date and time as soon as convenient for the Court; (ii) establishing the deadline to object or respond to the Motion as 4:00 p.m. Eastern Standard Time on the business day prior to the Hearing; (iii) approving the Hearing Notice; and (iv) providing that any party seeking to oppose the Motion may do so by (a) filing one or more objection(s) with the Court prior to the Hearing and prosecuting such objection(s) during the Hearing or (b) by raising the objection(s) orally in open court at the Hearing without having filed any prior written objection(s) with the Court.

III. **PARTIES WHO MAY BE AFFECTED BY THE RELIEF**

The only party affected by the requested relief is the Debtor.

IV. **METHOD OF NOTICE**

The Secured Creditor will provide notice of the Motion and will serve a copy of the Hearing Notice upon: (a) the United States Trustee; (b) counsel to the Debtor; (c) the Debtor's largest 20 non-insider unsecured creditors as scheduled by the Debtor, if any; (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**"). The Secured Creditor respectfully submits that, in light of the nature of the relief requested, no other or further notice is required.

V. **PROPOSED SHORTENED PERIOD**

The Secured Creditor expressly proposes to establish the response deadline for the Motion as the 4:00 p.m. Eastern Standard Time on the business day immediately preceding the Hearing.

VI. **REQUEST FOR WAIVER OF MEMORANDUM IN SUPPORT**

The Secured Creditor requests that the Court deem the contents of the Motion to be sufficient for purposes of satisfying Local Rule for a memorandum of law. The procedural relief

requested in the Motion raises no novel issues of law. Furthermore, the Secured Creditor respectfully refers the Court to the declarations submitted in support of the Motion as evidence which justifies an expedited hearing date.

**WHEREFORE**, the Secured Creditor respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, (i) providing for expedited consideration of the Motion at the Hearing scheduled for a date and time as soon as convenient for the Court; (ii) establishing the deadline to object or respond to the Motion as 4:00 p.m. Eastern Standard Time one (1) business day prior to the Hearing; (iii) approving the Hearing Notice; (iv) providing that any party seeking to oppose the Motion may do so in accordance with the terms set forth above; and (v) granting such other and further relief as the Court may deem just and proper.

Dated: October 29, 2025　　　　　　　　Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By:　/s/ Christopher P. Schueller
　　　Christopher P. Schueller
　　　N.Y. Bar No. 2582914
　　　640 5th Avenue, 9th Floor
　　　New York, NY  10019
　　　Telephone:  (212) 440-4400
　　　Fax:  (212) 440-4401
　　　E-mail: christopher.schueller@bipc.com

　　　*Attorneys for Secured Creditor McCormick 103, LLC*

4937-7787-0454, v. 1