# **EXHIBIT A**

Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Secured Creditor McCormick 103, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

GREG BEECHE, LOGISTICS, LLC,

Debtor.

Chapter 11

Case No. 25-11257-1-pgr

### ORDER SCHEDULING AN EXPEDITED HEARING ON EMERGENCY MOTION TO DISMISS BY SENIOR SECURED CREDITOR MCCORMICK 103, LLC PURSUANT TO 11 U.S.C. § 1112(b) BASED ON A BAD FATIH FILING, OR IN THE ALTERNATIVE, TO EXCUSE THE TURNOVER OF ASSETS BY THE RECEIVER PURSUANT TO 11 U.S.C. § 543(d)

Upon the motion Senior Secured Creditor McCormick 103, LLC (*"***Secured Creditor***"*), hereby moves by and through its attorneys, Buchanan Ingersoll & Rooney PC, pursuant to Federal Rule of Bankruptcy Procedure 9006(d) and Rule 9013-5(b)  of the Local Rules of Bankruptcy Procedure for the Bankruptcy Court for the Northern District of New York  (the "**Local Rules**"), for entry of an order (i) providing for consideration of the Secured Creditor's *Emergency Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) Based on a Bad Faith Filing, or in the Alternative, to Excuse the Turnover of Assets by the Receiver Pursuant  to 11 U.S.C. § 543(d)*, filed contemporaneously herewith (the "**Motion**") on an expedited basis at the hearing scheduled for a date and time as soon as convenient for the Court (the "**Hearing**"), (ii) establishing the deadline to respond or object to the Motion as 4:00 p.m. Eastern Standard Time on the business day prior

to the Hearing, (iii) approving the form of notice (the "**Hearing Notice**"), and (iv) providing that any party seeking to oppose the Motion must do so in accordance with the procedure set forth herein; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) ("**Motion for Expedited Hearing**"); and venue of this proceeding and the Motion for Expedited Hearing in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion for Expedited Hearing having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion for Expedited Hearing is in the best interests of the Debtor's estate and the Debtor's creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion for Expedited Hearing is granted as set forth herein.

2. The Motion shall be heard at the hearing scheduled for _____, 2025 at _____ \_.m. **Eastern Standard Time** (the "**Hearing**") in the United States Bankruptcy Court for the Northern District of New York, 445 Broadway, Albany, New York, 12207.

3. The Hearing Notice in substantially the form attached as **Exhibit B** to the Motion for Expedited Hearing is hereby approved.

4. Any party in interest seeking to oppose the Motion may do so by (i) filing one or more objection(s) with the Court prior to the Hearing and prosecuting such objection(s) during the Hearing; or (ii) by raising the objection(s) orally in open court at the Hearing without having filed any prior written objection(s) with the Court.

5. **In accordance with Local Rule 9013-5, the deadline to object or respond to the Motion is shortened to, and established as, 4:00 p.m. Eastern Standard Time on the business day prior to the Hearing.**

6. The Secured Creditor shall serve the Motion, the Hearing Notice and this Order on the Notice Parties (as defined in the Motion for Expedited Hearing) by e-mail or overnight mail within one business day after entry hereof. The Secured Creditor shall file a Certificate of Service evidencing compliance with the service requirements set forth in this Order. Service on the Notice Parties in accordance with this Order is deemed sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Dated: _____

_____
Hon. Patrick G. Radel

4924-6354-6998, v. 1

3