# EXHIBIT F

10:02 AM
10/29/25

# Greg Beeche Logistics, LLC
## A/R Aging Summary
As of October 24, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Alumaline, Inc** | | | | | | |
|   96 Wythe Ave 1319.01 | 0.00 | 0.00 | 4,079.19 | 0.00 | 5,000.00 | 9,079.19 |
| **Total Alumaline, Inc** | 0.00 | 0.00 | 4,079.19 | 0.00 | 5,000.00 | 9,079.19 |
| **Cheviot** | | | | | | |
|   One Post Office Square - 0708.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cheviot** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cross Country Concrete  0515.06** | | | | | | |
|   220 CPS   0515.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cross Country Concrete  0515.06** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ecker Window** | | | | | | |
|   KIPPS 1270.03 | 0.00 | 0.00 | 0.00 | 22,747.20 | 0.00 | 22,747.20 |
| **Total Ecker Window** | 0.00 | 0.00 | 0.00 | 22,747.20 | 0.00 | 22,747.20 |
| **Egan Architectural Metal & Glass, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ELICC Americas Corp.** | | | | | | |
|   Journal Square 3 1171.01 | 0.00 | 0.00 | 28,167.51 | 0.00 | 0.00 | 28,167.51 |
| **Total ELICC Americas Corp.** | 0.00 | 0.00 | 28,167.51 | 0.00 | 0.00 | 28,167.51 |
| **Enclos Corp** | | | | | | |
|   LaGuardia Community College AIA 0354.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MSK - 0472.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Enclos Corp - Other | 0.00 | 0.00 | 0.00 | 0.00 | -57,740.71 | -57,740.71 |
| **Total Enclos Corp** | 0.00 | 0.00 | 0.00 | 0.00 | -57,740.71 | -57,740.71 |
| **Exterior Wall & Building 0750.01** | | | | | | |
|   685 1st Ave. 0750.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Exterior Wall & Building 0750.01** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Fabbrica, LLC** | | | | | | |
|   Rolex 1031.05 | 0.00 | 0.00 | 0.00 | 0.00 | 8,250.00 | 8,250.00 |
| **Total Fabbrica, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 8,250.00 | 8,250.00 |
| **Gamma USA Inc.** | | | | | | |
|   99 Hudson St. AIA 0613.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Gamma USA Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Greg Beeche Logistics, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

10:02 AM
10/29/25

# Greg Beeche Logistics, LLC
## A/R Aging Summary
### As of October 24, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Guth DeConzo Construction Management, Inc** | | | | | | |
| Sheridan Ave Steam Plant 1163.02 | 0.00 | 0.00 | 5,210.63 | 0.00 | 0.00 | 5,210.63 |
| **Total Guth DeConzo Construction Management, Inc** | 0.00 | 0.00 | 5,210.63 | 0.00 | 0.00 | 5,210.63 |
| **Hunter Roberts Constructions Group** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Integro Building Systems** | | | | | | |
| 7 W. 57th St. - 0870.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Integro Building Systems** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Island Exterior Fabricators, LLC** | | | | | | |
| 660 Fifth Ave. 0844.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Island Exterior Fabricators, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Jerome Aluminum Products** | | | | | | |
| 158-15 Liberty Ave 1345.01 | 0.00 | 0.00 | 0.00 | 0.00 | 8,693.41 | 8,693.41 |
| **Total Jerome Aluminum Products** | 0.00 | 0.00 | 0.00 | 0.00 | 8,693.41 | 8,693.41 |
| **KJP Enterprises** | | | | | | |
| 26 Cottage St. 1061.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total KJP Enterprises** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Lend Lease** | | | | | | |
| 220 CPS - 0515.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Lend Lease** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Metro Glass** | | | | | | |
| Boston South Station 906.02 | 0.00 | 0.00 | 1,814.75 | 0.00 | 0.00 | 1,814.75 |
| **Total Metro Glass** | 0.00 | 0.00 | 1,814.75 | 0.00 | 0.00 | 1,814.75 |
| **New Hudson Facades (Related Co.)** | | | | | | |
| 20 Hudson Yards 1043.02 | 0.00 | 14,328.76 | 0.00 | 0.00 | 0.01 | 14,328.77 |
| 270 Park Ave. 0984.01 | 0.00 | 0.00 | 0.00 | 0.00 | 4,724.98 | 4,724.98 |
| 55 Hudson Yards -AIA 0631.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total New Hudson Facades (Related Co.)** | 0.00 | 14,328.76 | 0.00 | 0.00 | 4,724.99 | 19,053.75 |
| **Permasteelisa North America Corp.** | | | | | | |
| 3050 Aventura 1344.01 | 0.00 | 0.00 | 11,412.50 | 0.00 | 3,112.50 | 14,525.00 |
| 610 Lexington Ave 0536.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,238.45 | 1,238.45 |
| **Total Permasteelisa North America Corp.** | 0.00 | 0.00 | 11,412.50 | 0.00 | 4,350.95 | 15,763.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10:02 AM | | | **Greg Beeche Logistics, LLC** | | | |
| 10/29/25 | | | **A/R Aging Summary** | | | |
| | | | As of October 24, 2025 | | | |

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Reflection Window & Wall, LLC** | | | | | | |
|   23-15 44th St. 1179.01 | 0.00 | 26,543.73 | 0.00 | 0.00 | 44,418.11 | 70,961.84 |
| **Total Reflection Window & Wall, LLC** | 0.00 | 26,543.73 | 0.00 | 0.00 | 44,418.11 | 70,961.84 |
| **Skanska USA Inc.** | | | | | | |
|   MARTA Five Points 1134.01 | 0.00 | 0.00 | 0.00 | 0.00 | 306,574.30 | 306,574.30 |
| **Total Skanska USA Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 306,574.30 | 306,574.30 |
| **Skanska USA Building Inc** | | | | | | |
|   300 Community Drive 1181.02 | 0.00 | 0.00 | 0.00 | 0.00 | 20,807.39 | 20,807.39 |
| **Total Skanska USA Building Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 20,807.39 | 20,807.39 |
| **Skanska USA Building Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Suffolk Construction Co.** | | | | | | |
|   520 Fifth Ave 1041.03 | 0.00 | 0.00 | 37,000.00 | 0.00 | 0.00 | 37,000.00 |
| **Total Suffolk Construction Co.** | 0.00 | 0.00 | 37,000.00 | 0.00 | 0.00 | 37,000.00 |
| **Tech-Nal Associates Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Turner Construction Co - NY** | | | | | | |
|   2 Penn Plaza 0660.01 | 0.00 | 0.00 | 0.00 | 0.00 | 12,397.72 | 12,397.72 |
|   MSK - 0472.08 | 0.00 | 0.00 | 0.00 | 0.00 | 266,870.54 | 266,870.54 |
| **Total Turner Construction Co - NY** | 0.00 | 0.00 | 0.00 | 0.00 | 279,268.26 | 279,268.26 |
| **Utopia Construction Corp of New York** | | | | | | |
|   489 State Street 1222.01 | 0.00 | 0.00 | 0.00 | 0.00 | 6,258.44 | 6,258.44 |
|   NY Public Health Lab 0998.05 | 0.00 | 0.00 | 0.00 | 0.00 | 39,156.89 | 39,156.89 |
| **Total Utopia Construction Corp of New York** | 0.00 | 0.00 | 0.00 | 0.00 | 45,415.33 | 45,415.33 |
| **VMJR Companies** | | | | | | |
|   Vischer Ferry/Crescent Hydro Plant 923.02 | 0.00 | 21,956.40 | 0.00 | 0.00 | 0.00 | 21,956.40 |
| **Total VMJR Companies** | 0.00 | 21,956.40 | 0.00 | 0.00 | 0.00 | 21,956.40 |
| **W&W Glass, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| **Whitestone Construction** | | | | | | |
|   Stonybrook University Hospital 0864.05 | 0.00 | 0.00 | 0.00 | 0.00 | -2,691.73 | -2,691.73 |
| **Total Whitestone Construction** | 0.00 | 0.00 | 0.00 | 0.00 | -2,691.73 | -2,691.73 |
| **Wing Inc./Skanska - 0162.02** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**10:02 AM**

**10/29/25**

# Greg Beeche Logistics, LLC
## A/R Aging Summary
As of October 24, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **XS Platforms** | | | | | | |
|   MSK - 0472.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   XS Platforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total XS Platforms** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ZZZZ - Allowance for Doubtful Accounts** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 62,828.89 | 87,684.58 | 22,747.20 | 667,070.29 | 840,330.96 |