# EXHIBIT H

## Todd A. Ritschdorff

| | |
|---|---|
| **From:** | Todd A. Ritschdorff |
| **Sent:** | Sunday, October 26, 2025 4:02 PM |
| **To:** | peteropc@gmail.com |
| **Cc:** | McKay Holley |
| **Subject:** | RE: Notice of Chapter 11 filing for Greg Beech Logistics, LLC |

Hi, Peter -- Greg Beeche had no authority to file bankruptcy for the Debtor.  Even assuming *arguendo* that he did have authority, Dotan Y. Melech remains the receiver appointed by the United States District Court for the Northern District of New York in *McCormick 103, LLC v. Greg Beeche, Logistics, LLC & Greg Logistics, LLC*, Case No. 1:25-cv-00944-AMN-TWD ("Receivership Action"), and he cannot, as you request, turn over possession, custody, and control of Debtor's assets; doing so would be contrary to the District Court's order in the Receivership Action.  Critically, given the circumstances leading up to the receiver's appointment, the receiver's control over Debtor's assets is excusable under 11 U.S.C. 543(d) and the receiver will not allow access to, or turnover of, these assets without a court order directing him to do so.  Moreover, Greg Logistics, LLC is not a debtor in bankruptcy and the receiver will maintain possession, custody, and control of all Greg Logistics, LLC's assets in any event.

Please let me know if you would like to discuss further.

This is sent without waiver of or prejudice to any of the receiver's rights.

Thanks,
Todd

**From:** Peter Orville <peteropc@gmail.com>
**Sent:** Saturday, October 25, 2025 3:27 PM
**To:** Todd A. Ritschdorff <tritschdorff@phillipslytle.com>
**Subject:** Notice of Chapter 11 filing for Greg Beech Logistics, LLC

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Hello

This is a copy of the email I sent to the Receiver yesterday.
..........................................
Mr. Melech,

Please be advised that Greg Beeche Logistics, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 24, 2025 in the United States Bankruptcy Court for the Northern District of New York, Albany Division, Case No. 25-11257.

As a result of the filing, and pursuant to 11 U.S.C. § 543, you are obligated to cease control over property of the estate and arrange for turnover of all assets, books and records, accounts, access credentials, and other property in your possession, custody, or control. We request that you contact us promptly to

coordinate an orderly turnover consistent with the Bankruptcy Code.

Additionally, the Debtor's principal, Gregory Beeche, will be visiting the business premises on Monday with a prospective investor. Please confirm that access to the premises and assets will be facilitated without impediment.

Kindly confirm receipt of this notice and provide your availability to discuss the next steps.

......................................................
Thank you,

Peter Orville
Orville & McDonald Law, PC
30 Riverside Drive
Binghamton, NY 13905
607-770-1007
peteropc@gmail.com
orvilleandmcdonaldlaw.com

Peter Orville
Orville & McDonald Law, PC
30 Riverside Drive
Binghamton, NY 13905
607-770-1007
peteropc@gmail.com
orvilleandmcdonaldlaw.com