UNITED STATES BANKRUPTCY COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>
IN RE: Greg Beeche Logistics, LLC,

          Debtor.

Chapter 11

Case No. 25-11257

Hon. Patrick R. Radel

## DEBTOR'S INITIAL RESPONSE TO EMERGENCY MOTION TO DISMISS BY SENIOR SECURED CREDITOR MCCORMICK 103, LLC…OR…TO EXCUSE THE TURNOVER OF ASSETS BY THE RECEIVER PURSUANT TO 11 U.S.C. § 543(d)

Now comes the Debtor, Greg Beeche Logistics, LLC, ("GBL) Debtor and Debtor in Possession, by and through its attorneys, Orville & McDonald Law, PC, by Peter A. Orville, in opposition to Creditor's Motion, and states as follows:

1. On October 24, 2025, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Yesterday afternoon, October 29, 2025, Creditor McCormick 103, LLC filed an emergency motion to dismiss Debtor's Chapter 11 case and/or excuse the Receiver from being required to turnover the assets of the Debtor's estate pursuant to 11 U.S.C. §543(d).

3. Debtor's attorney received notification just after 12 noon today that the Emergency Hearing was scheduled for tomorrow, October 31, 2025 at 10:00 am.

4. Debtor's attorney is surprised by the "Emergency" nature of this motion. Since this case has been filed, there have been several phone conversations and emails exchanged

between Debtor's counsel and the attorneys for the Receiver, as well as a discussion with an attorney for McCormick 103, LLC.

5. Prior to asking the Court for turnover, and prior to submitting a motion for use of cash collateral, Debtor's counsel was attempting to engage in discussions with the parties to come up with a solution that would satisfy all parties.

6. There is not enough time between the notice of tomorrow mornings' hearing and the hearing for Debtor to properly respond to the statements made by McCormick 103's Counsel.

7. The Court, however, should be aware of the following:

8. The Debtor, Greg Beeche Logistics, LLC ("GBL") was founded in 2001 by Gregory L. Beeche, who has over thirty years of experience in developing innovative work-access technologies. During that time, Beeche revolutionized façade construction with his patented ADT Work Access Systems, a modular, high-performance platform solution designed to enhance job site safety and productivity.

9. Over time, Beeche and his team members successfully implemented complex access logistics systems for a prestigious global client list that includes the Burj al Arab in Dubai, the United Nations Secretariat Building, One World Trade Center, and the Goldman Sachs Tower, among others. As a recognized Minority-Owned Business Enterprise (MBE) and a member of the Scaffold & Access Industry Association (SAIA), GBL is widely respected for its ingenuity, precision, and engineering excellence.

10. In the almost 20 years of operations until Covid, the Debtor operated a highly successful and respected business that never had a losing quarter.

11. The global pandemic beginning in 2020 and subsequent business and construction shutdowns, was devastating to GBL.

12. After GBL restarted its operations post Covid, it had not been successful in extending the term of the notes it had with Bank of America.  Despite several efforts to renegotiate its loans with Bank of America, in May, 2025 the Bank declared the notes to be in default, and accelerated the loans and demanded payment in full.

13. In early June, 2025, the Bank sold the loans to McCormick 103, LLC ("McCormick") and demanded that GBL close its existing bank accounts at Bank of America.

14. GBL attempted to negotiate terms with McCormick , but on July 17, 2025 McCormick commenced a Summons and Complaint in US District Court against GBL, Greg Logistics, LLC ("GL"), Gregory L. Beeche individually, and the New York State Department of Taxation and Finance. The Complaint requested foreclosure against real property owned individually by Gregory Beeche, a deficiency judgment for the balance owed after the foreclosure, a money judgment against all defendants, and replevin against GBL and GL.  In addition, the Plaintiff, McCormick asked for the appointment of a receiver over the real property, personal property, GBL and GL.

15. On July 23, 2025, GBL received notification of the lawsuit along with approximately 500 pages of documentation.  GBL was told it had 21 days to respond to the motion.

16. Greg Beeche spoke to several attorneys in an attempt to retain counsel to respond to the lawsuit.

17. On July 28, 2025, McCormick filed an Emergency Motion scheduled for August 1, 2025, with Defendants' response due by 5:00 PM on July 30, 2025.

18. GBL and Gregory Beeche was unable to retain counsel to respond to the Emergency Motion in time to answer.

19. Gregory Beeche, however, did retain counsel on July 30 to file a personal Chapter 13 case.

20. Despite being aware of the personal Chapter 13 by Gregory Beeche, the August 1, 2025 Emergency Hearing was held in District Court without any representation or appearance by the defendants. The District Court agreed to appoint a receiver, Dotan Y. Melech ("Receiver") on an interim basis.

21. GBL remains a significant and viable enterprise providing comprehensive work-access services ranging from logistics planning and field training to professional engineering and master rigger support. The company operates with a robust fleet of proprietary ADT modules, hoists, work platforms, and electronic controls. To date, GBL has completed over 600 high-profile projects across the U.S., including in New York City, Las Vegas, Philadelphia, Cleveland, and internationally in London and Dubai.

22. GBL had, when shut down by the Receiver, several ongoing projects and is in communication with a potential investor.

23. Debtor urges the Court to adjourn the 10 am hearing to allow sufficient time for the Debtor to properly respond to the Motion.

Dated: October 30, 2025  
Binghamton, NY

/s/ Peter A. Orville  
Peter A. Orville, Esq.  
Attorney for Debtor  
**NOTE NEW ADDRESS**  
4100 Vestal Road, Ste. 103  
Vestal, NY 13850