Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Secured Creditor McCormick 103, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    GREG BEECHE, LOGISTICS, LLC,

                              Debtor.

Chapter 11

Case No. 25-11257-1-pgr

**SUPPLEMENTAL DECLARATION OF JEREMY HALVERSON IN SUPPORT OF SECURED CREDITOR'S EMERGENCY MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE, FOR RELIEF PURSUANT TO 11 U.S.C. § 543(d)**

I, **JEREMY HALVERSON**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Vice President at Beltway Capital Management, LLC, authorized agent and servicer for McCormick 103, LLC ("**Secured Creditor**"). I am fully familiar with the facts and circumstances hereinafter recited. I make this Declaration in support of the Secured Creditor's Emergency Motion ("**Motion**") to Dismiss Pursuant to 11 U.S.C. § 1112(b) Based on a Bad Faith Filing, or in the Alternative, to Excuse the Turnover of Assets by the Receiver Pursuant to 11 U.S.C. § 543(d).

2. As to the facts in this Declaration, I know them to be true of my own knowledge, from my review of the business records of the Secured Creditor which have been made available

to me.  All such business records were created and/or maintained in the course of the Secured Creditor's business and in accordance with normal business practices.  If called upon to testify as to the matters set forth in this Declaration, I could and would competently testify thereto, since the facts set forth herein are known to me to be true.  As to those matters stated in this Declaration on information and belief, I believe them to be true.

3. Debtor Greg Beeche, Logistics, LLC ("**Debtor**") is no longer in business and has no means to resume operations.  Nevertheless, to further emphasize to the Court the gross incompetence of Gregory Beeche ("**Beeche**") who seeks a turnover of assets by the receiver, attached as **Exhibit A** is a true and accurate copy of an OSHA decision dated December 10, 2024.  In this decision, OSHA found multiple "serious" safety violations in the Debtor's scaffolding which created a "***substantial probability that death or serious physical harm could result***."  (Exhibit A, p.21) These violations endangered the safety of Debtor's former employees at *seven* different construction sites.

Dated:  October 31, 2025

/s/ Jeremy Halverson
Jeremy Halverson