UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

GREG BEECHE, LOGISTICS, LLC,

Debtor.

Chapter 11

Case No. 25-11257-1-pgr

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Phillips Lytle LLP files this notice of appearance and request for notices as counsel to Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver") of Greg Beeche, Logistics, LLC and Greg Logistics, LLC in the matter of *McCormick 103, LLC v. Greg Beeche, Logistics, LLC and Greg Logistics, LLC* pending in the United States District Court for the Northern District of New York at Civ. Action No. 1:25-cv-00944-AMN-TWD, and respectfully requests that all notices given or required to be given to the Receiver, and all papers served or required to be served upon the Receiver in the above-captioned case, and in all proceedings arising under or related thereto, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints, or demands, be given to and served upon the following:

Todd A. Ritschdorff, Esq.
Phillips Lytle LLP
3 Winners Circle, Suite 306
Albany, NY 12205
Telephone No.: (518) 472-1224
Email: tritschdorff@phillipslytle.com

Neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended to submit the Receiver to jurisdiction or to waive: (i) the Receiver's right to have final orders in non-core matters entered only after de novo review

by a District Court judge; (ii) the Receiver's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) the Receiver's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Receiver is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Receiver expressly reserves.

Dated: Albany, New York
October 31, 2025

PHILLIPS LYTLE LLP

By: /s/ Todd. A. Ritschdorff
Todd A. Ritschdorff, Esq.
*Attorneys for Receiver, Dotan Y. Melech*
3 Winners Circle, Suite 306
Albany, New York 12205
Telephone No.: (518) 472-1224
Email: tritschdorff@phillipslytle.com