UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

GREG BEECHE, LOGISTICS, LLC,

Debtor.

Chapter 11

Case No. 25-11257-1-pgr

**ORDER LIFTING STAY FOR LIMITED PURPOSE**

McCormick 103, LLC (*"McCormick"*), by and through its attorneys, Buchanan Ingersoll & Rooney PC, having moved for an expedited hearing and shortened notice with respect to its Emergency Motion to Dismiss, or in the Alternative, to Excuse the Turnover of Assets by the Receiver Pursuant to 11 U.S.C. § 543(d)(the "Dismissal Motion"); and the Court having held a hearing regarding the Dismissal Motion on October 31, 2025, and Peter A. Orville, Esq., having appeared for the Debtor; Elizabeth Fairbanks-Fletcher, Esq., having appeared for Greg Beech individually; Todd A. Ritchdorrf, Esq., having appeared for Dotan U. Melech (the "Receiver"); Christopher Schueller, Esq., having appeared for McCormick; and Rocco Cavaliere, Esq., having

appeared for Fabbrica LLC; and the Court having deemed the relief set forth below necessary to a proper and efficient determination of the Dismissal Motion;

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the automatic stay is lifted pursuant to 11 U.S.C. § 362 (d)(1) for the limited purpose of allowing the parties to seek a determination from the Honorable Ann M. Nardacci, United States District Judge, as to whether the Receiver appointed by Judge Nardacci pursuant to a Memorandum-Decision and Order dated August 8, 2025 and issued in *McCormick 103, LLC v. Greg Beech, et al.*, 1:25-cv-00944 (AMN/TWD), remained vested with the powers and duties described in the Memorandum-Decision and Order as of October 24, 2025, the date the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code; and it is further

**ORDERED,** that counsel for McCormick shall promptly file a status letter regarding any material developments in the District Court, including, but not limited to, an update regarding Judge Nardacci's determination of the foregoing question.

###