So Ordered.

Signed this 31 day of October, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____
In re:

    GREG BEECHE, LOGISTICS, LLC,                  Chapter 11

                                    Debtor.                  Case No. 25-11257-1-pgr
_____

**INTERIM ORDER REGARDING MCCORMICK'S MOTION TO DISMISS**

        McCormick 103, LLC (*"McCormick"*), by and through its attorneys, Buchanan Ingersoll & Rooney PC, having moved for an expedited hearing and shortened notice with respect to its Emergency Motion to Dismiss, or in the Alternative, to Excuse the Turnover of Assets by the Receiver Pursuant to 11 U.S.C. § 543(d)(the "Dismissal Motion"); and the Court having held a hearing regarding the Dismissal Motion on October 31, 2025, and Peter A. Orville, Esq., having appeared for the Debtor; Elizabeth Fairbanks-Fletcher, Esq., having appeared for Gregory Beeche individually; Todd A. Ritchdorrf, Esq., having appeared for Dotan Y. Melech (the "Receiver"); Christopher Schueller, Esq., having appeared for McCormick; and Rocco Cavaliere, Esq., having appeared for Fabbrica LLC; and the Court having given the matter due deliberation, and for the reasons stated on the record;

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the Debtor shall provide proof of appropriate insurance, as required under 11 U.S.C. § 1112(b)(4)(C), with McCormick listed as loss payee and additional insured, to counsel for McCormick and counsel for the Receiver within seven (7) days of the date of this Order; and it is further

**ORDERED,** that if the Debtor fails to provide proof of insurance within seven (7) days of the date of this Order, counsel for McCormick may submit an *ex parte* Order Dismissing this Case; and it is further

**ORDERED,** that if the Debtor provides proof of insurance, but McCormick believes, in good faith, that the insurance is not appropriate under the circumstances, counsel shall file and serve a notice of non-compliance and request for an expedited hearing, which hearing shall then be scheduled by this Court; and it is further

**ORDERED,** that unless and until the Debtor obtains appropriate insurance, the Debtor and its principal(s) are precluded from engaging in any business operations and/or removing, moving, or otherwise operating any asset(s) of the Debtor, including, but not limited to, construction equipment and vehicles; and it is further

**ORDERED,** that during the pendency of this case, pending further Order of this Court, the Debtor and its principal(s) are prohibited from altering, deleting, destroying, and/or otherwise disposing of any books, documents, and records of the Debtor; and it is further

**ORDERED,** that the Dismissal Motion is adjourned to a date to be determined, with a separate Scheduling Order to be issued.

###