UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

        Case No. 25-11257-1-pgr
        Chapter 11

GREG BEECHE LOGISTICS, LLC

        Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE:** The undersigned appears for the United States Trustee in this case and hereby requests inclusion on the ECF service list.

Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

    /s/ Harrison E. Strauss
    Harrison E. Strauss - Trial Attorney
    OFFICE OF UNITED STATE TRUSTEE
    Leo O'Brien Federal Building
    11A Clinton Ave., Room 620
    Albany, New York 12207
    (518) 434-4553
    Harrison.Strauss@usdoj.gov