# ATSALIS BROS. PAINTING

(686) 790-0123 OFFICE
(686) 790-0065 FAX

SANDBLASTING    COATINGS    INDUSTRIAL    COMMERCIAL

22189 E. Fourteen Mile Road, Clinton Twp., Michigan 48035

Nick Atsalakis
Vice President at Atsalis Brothers Painting
22189 E. 14 Mile Rd.
Clinton Township, MI 48035
Natsalakis@atsalisbros.com
Cell: (810) 560 – 5635

November 12, 2025

Re:    Character reference for Greg Beeche

I have known Greg Beeche for over 30 years. Greg's platform has proven to be very safe and cost effective. We've been using Greg's platform since we met in the early 1990's.

Greg's platform system is a rigid system that is easy to put manpower, tools and equipment on for working space. We have found his system to have less injuries and better performance compared to other systems we've used in the past. A similar system doesn't exist to do a 4 point tie-up and span many feet. We've had up to 72' of rigging at the 4 corners without intermediate supports. The hoisting system he put together has 1 button that will operate all 4 hoists.

I appreciate the friendship that Greg and I have had over the years, and look forward to more years of working together.

Thank you.

Sincerely,

*Nick Atsalakis*

Nick Atsalakis
Vice President

EQUAL OPPORTUNITY EMPLOYER

# Utopia Construction of NY Corp

Architectural Metals & Glass — Curtain Walls, Windows, Storefronts & Skylights

To Whom It May Concern,

It is with great pride and confidence that **Utopia Construction of NYC** writes this letter on behalf of **Greg Beeche Logistics**. Over the many decades we have worked together, Beeche has consistently proven to be one of the most reliable, professional, and solution-oriented companies in the construction industry. In our experience, they are by far the best swing stage and building access company in New York City.

From high-rise towers to complex façade restorations, Greg Beeche Logistics has always been the team we turn to when the job demands creativity, precision, and absolute safety. Their ability to assess site conditions, engineer access plans, and execute with flawless coordination is second to none. In fact, there has never been a single project Utopia has given to Beeche where they could not come up with an effective and safe solution to access the most challenging parts of a building's exterior.

Beeche's depth of experience and technical expertise make them an essential part of this industry. Their team understands that time is critical on every project, and their responsiveness and resourcefulness have helped keep countless jobs on schedule. Quite frankly, without Beeche, there would be many projects across New York that would remain delayed or pending. They are the company that make the impossible possible, providing access systems and logistical support that allow other trades to perform their work efficiently and safely.

Over the years, Utopia and Beeche have built a partnership based on mutual respect, trust, and shared dedication to quality. We have worked together on a wide range of projects, large and small, and Beeche has always exceeded expectations. Their professionalism, communication, and problem-solving approach make them not only a preferred vendor, but an integral part of our extended project team.

In our view, Greg Beeche Logistics is not just another subcontractor, they are a cornerstone of the New York construction industry. Their continued presence and expertise are vital to the successful completion of complex building projects throughout the city. Utopia Construction strongly recommends them for any project requiring safe, reliable, and intelligent exterior access solutions, and we look forward to continuing our partnership for many years to come.

Respectfully,

Michael F Sclafani

Director of Operations

Utopia Construction of NY Corp.
220-05 97th Avenue
Queens Village, NY 11429
Office: (718) 894-0866
Mobile: (516) 547-3759