

Nick Atsalakis
Vice President at Atsalis Brothers Painting
22189 E. 14 Mile Rd.
Clinton Township, MI 48035
Natsalakis@atsalisbros.com
Cell: (810) 560 – 5635

November 12, 2025

Re:   Character reference for Greg Beeche

I have known Greg Beeche for over 30 years. Greg's platform has proven to be very safe and cost effective. We've been using Greg's platform since we met in the early 1990's.

Greg's platform system is a rigid system that is easy to put manpower, tools and equipment on for working space. We have found his system to have less injuries and better performance compared to other systems we've used in the past. A similar system doesn't exist to do a 4 point tie-up and span many feet. We've had up to 72' of rigging at the 4 corners without intermediate supports. The hoisting system he put together has 1 button that will operate all 4 hoists.

I appreciate the friendship that Greg and I have had over the years, and look forward to more years of working together.

Thank you.

Sincerely,

*Nick Atsalakis*

Nick Atsalakis
Vice President

EQUAL OPPORTUNITY EMPLOYER