BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th Floor
New York, NY  10019
(212) 440-4400
Christopher P. Schueller, Esq.
*Attorneys for McCormick 103, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Greg Beeche Logistics, LLC | : | Case No. 25-11257-1-pgr |
| | : | |
| Debtor. | : | |
| | : | |

### PRE-HEARING STATEMENT OF MCCORMICK 103, LLC

Pursuant to Judge Patrick G. Radel's November 10, 2025 Scheduling Order [ECF #29], McCormick 103, LLC ("**Movant**"), by and through its undersigned counsel, respectfully submits this Pre-Hearing Statement in connection with Movant's Motion to Dismiss or, in the alternative, Excuse Turnover of Assets [ECF #11] (the "**Motion**").

**(A)    Contested Material Facts**

It is anticipated that the parties may be willing to stipulate basic background facts concerning Movant's loan documents, loan collateral and loan balance.  Similarly, the Debtor's financial statements, petition and schedules will likely not be disputed for purposes of the hearing.

Factual matters that are in dispute include:

- The operational status of the Debtor's business;

- The collectability and value of any accounts receivable;

- The value of the Debtor's business and assets and Movant's collateral;

- The status of the Debtor's employees;

- The Debtor's income;

- Whether the Debtor has any ability to operate or revive operations;

- Whether the Debtor has any prospect of reorganization;

- Whether the Debtor's former management has engaged in misconduct and/or mismanagement by, *inter alia*, (1) disposing of Movant's collateral without permission; (2) causing fraudulent or otherwise preferential transfers of funds to or for the benefit of insiders; (3) not paying employees; (4) not paying creditors; (5) not paying the union; (6) operating a business without written agreements; and (7) reneging on a global settlement agreement arranged by the receiver unless Movant paid off the Debtor's principal's personal debt.

**(B)    Contested Legal Issues**

The contested legal issues are (1) whether cause exists to dismiss this case under 11 USC § 1112(b) as, *inter alia*, a "bad faith" filing and (2) whether "cause" exists to leave the receiver in place and excuse compliance with 11 USC § 543(d).

As to the first issue, the relevant inquiries include: (1) the nature of the Debtor's assets and liabilities; (2) the extent of current business operations; (3) whether this case is essentially a "two party" dispute; (4) whether a reorganization plan can be confirmed; (5) whether this case was filed to gain a litigation advantage; (6) the extent of transferred properties. Movant submits that these matters constitute mixed questions of law and fact.

As to the second issue, the relevant inquiries include: (1) whether there is sufficient income to fund a successful reorganization; (2) whether the Debtor will use its assets for the benefit of creditors; and (3) whether there are instances of mismanagement by the Debtor. Movant submits that these matters constitute mixed questions of law and fact.

**(C)  Evidentiary Issues**

Movant objects to the admission of letters submitted in support of the Debtor and filed with Court in response to Movant's motion to dismiss absent the direct testimony of the witnesses. Movant also objects to the admissibility of the letters as irrelevant to the matters in the Motion. As of the time of filing this Statement, the Movant has not yet seen the Debtor's witness list. Debtor has indicated that it intends to call eight (8) witnesses but has not provided Movant with any summary of testimony or topics for such testimony. As such, Movant cannot determine whether it objects to any proposed witness testimony and Movant reserves the right to assert evidentiary objections at the hearing.

**(D)  Movant's Proposed Exhibit List**

### EXHIBIT LIST

| Exhibit No. | Description | Reference |
|---|---|---|
| A. | Greg Beeche, Logistics, LLC and Related Entities Combined Financial Statements (Years ended 12-31-22 and 2021) | Ex M to Motion to Dismiss |
| B. | Greg Beeche, Logistics, LLC Consolidated Balance Sheets 12-21-23 | Ex N to Motion to Dismiss |
| C. | Greg Beeche, Logistics, LLC Consolidated Balance Sheets 12-31-24 and 12-31-23 | Ex O to Motion to Dismiss |
| D. | Receiver's Inventory and Liabilities Report dated September 2, 2025, filed in the Receivership Action at Docket No. 37-1 (First Report) | Ex B to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| E. | Receiver's Supplemental Report and Emergency Notice dated September 10, 2025, filed in the Receivership Action at Docket No. 39-1 (Second Report). | Ex C to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |

| Exhibit No. | Description | Reference |
|---|---|---|
| F. | Receiver's Interim Status Report dated 10-24-2025, filed in the Receivership Action at Docket No. 49-1 (Third Report) | Ex D to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| G. | Balance Sheet for the Receivership Entities as of 10-24-25 | Ex E to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| H. | Debtor's Accounts Receivable Aging Summary as of 10-24-25 | Ex F to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| I. | Debtor's Accounts Receivable Aging Detail as of 10-24-25 | Ex G to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| J. | 10-24-25 Correspondence and 10-26-25 Correspondence | Ex H to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| K. | District Court's Memorandum Decision & Order dated August 8, 2025 and amended on August 11, 2025 (Receivership Order) | Ex A to Declaration of Dotan Y. Melech in Support of Motion to Dismiss |
| L. | Insurance Binder | Ex A Supplemental Affirmation in Support of the *Ex Parte* Order Dismissing Bankruptcy Case |
| M. | 12-10-24 OSHA Decision | Ex A to Supplemental Declaration of Jeremy Halverson |
| N. | 5-2-24 Appraisal Report | Ex R to Motion to Dismiss |
| O. | 7-31-24 judgment creditor William J. Cade entered a confession of judgment against Beeche in the New York State Supreme Court, Saratoga County, under Index Number EF20242275 in the amount of 1,602,225 | Ex Q to Motion to Dismiss |
| P. | 7-12-24 judgment creditor 49-47 31st Street, LLC entered a confession of judgment against the | Ex P to Motion to Dismiss |

| Exhibit No. | Description | Reference |
|---|---|---|
|  | Debtor, GL and Beeche in the New York State Supreme Court, Saratoga County, under Index Number EF20242218 in the amount of $1,235,225 |  |
| Q. | Voluntary Petition for Non-Individuals Filing for Bankruptcy with Schedules (Greg Beeche, Logistics, LLC) |  |
| R. | 4-20-17 Term Loan - $3,600,000 (First Loan) | Ex A to Motion to Dismiss |
| S. | 4-20-17 GAP Mortgage, Assignment of Rents, Security Agreement and Fixture Filing (First Mortgage) | Ex B to Motion to Dismiss |
| T. | 4-20-17 Construction Loan Agreement $1,500,000 – Property 356 Hudson River Rd., Waterford, NY (Second Loan Agreement) | Ex C to Motion to Dismiss |
| U. | 4-20-27 Gap Mortgage, Assignment of Rents, Security Agreement and Fixture Filing $1,500,000 (Second Mortgage) | Ex D to Motion to Dismiss |
| V. | 4-20-17 Loan Agreement $4,000,000 (Third Loan Agreement) | Ex E to Motion to Dismiss |
| W. | 4-13-17 Security Agreement | Ex F to Motion to Dismiss |
| X. | 7-6-21 Mortgage, Assignment of Rents, Security Agreement and Fixture Filing (Third Mortgage) | Ex G to Motion to Dismiss |
| Y. | 11-8-17 Amendment to Loan Agreement (Line of Credit $6,000,000 and new equipment line of credit $2,500,000 | Ex H to Motion to Dismiss |
| Z. | 4-20-17 Continuing and Unconditional Guaranty – (Guarantor - Greg Logistics, LLC and Borrower Greg Beeche, Logistics, LLC or Gregory L. Beeche) | Ex I Motion to Dismiss |
| AA. | 4-20-17 Continuing and Unconditional Guaranty – (Guarantor – Gregory L. Beeche and Borrower Greg Beeche, Logistics, LLC) | Ex J to Motion to Dismiss |

| Exhibit No. | Description | Reference |
|---|---|---|
| BB. | 4-20-17 Continuing and Unconditional Guaranty – (Guarantor - Greg Logistics, LLC and Borrower Gregory L. Beeche) | Ex K to Motion to Dismiss |
| CC. | 6-2-25 Bill of Sale | Ex L to Motion to Dismiss |
| DD. | Financing Statements | Ex S to Motion to Dismiss |
| EE. | Proof of Claim – Gregory Beeche Case No. 25-10879 | |

**(E)    Movant's Witness List (with brief summary of anticipated testimony)**

### MOVANT'S WITNESS LIST

| Witness | Anticipated Testimony |
|---|---|
| Dotan Melech | Mr. Melech is the current receiver over the Debtor and will testify to the factual allegations set forth in the Motion, the statements in his declaration in support of the Motion, and rebuttal of Debtor's allegations in its response to the Motion. Mr. Melech will also address issues pertaining to the Debtor's insurance. |

Dated:  New York, New York          **BUCHANAN INGERSOLL & ROONEY P.C.**
        November 14, 2025

         /s/ Christopher P. Schueller
        Christopher P. Schueller, Esquire
        640 5th Avenue, 9th Floor
        New York, NY  10019
        Phone: (212) 440-4400
        Facsimile: (212) 440-4401
        E-mail:  christopher.schueller@bipc.com
        *Attorneys for McCormick 103, LLC*

BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th floor
New York, NY  10019
(212) 440-4400
Christopher P. Schueller, Esq.
*Attorneys for McCormick 103, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Greg Beeche Logistics, LLC | : | Case No. 25-11257-1-pgr |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on the 14th day of November, 2025 a copy of the foregoing document via ECF notification and by first-class mail as follows:

> *Debtor's Counsel*
> Peter Alan Orville
> Orville & McDonald Law, PC
> 4100 Vestal Road, Ste. 103
> Vestal, NY 13850

Dated:  New York, New York         **BUCHANAN INGERSOLL & ROONEY P.C.**
              November 14, 2025

                                             /s/ Christopher P. Schueller
                                             Christopher P. Schueller, Esquire
                                             640 5th Avenue, 9th Floor
                                             New York, NY  10019
                                             Phone: (212) 440-4400
                                             Facsimile: (212) 440-4401
                                             E-mail:  christopher.schueller@bipc.com
                                             *Attorneys for McCormick 103, LLC*