UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

Greg Beeche Logistics, LLC.,

      Debtor.

Case No. 25-11257
Chapter 11

# DEBTOR'S PRETRIAL STATEMENT

The Debtor, by and through its attorney, Peter A. Orville, sets down the following pretrial statement:

A. Contested Material Facts:

    1.    Debtor is unaware of any contested material facts at this time.

B. Contested Legal Issues:

    1.    Debtor is unaware of any contested legal issues at this time.

C. Evidentiary Issues:

    1.    Debtor is unaware of any evidentiary issues at this time.

D. Proposed Exhibit List:

    1.    Selected Picture of Shop/Plant

    2.    Greg Beeche Logistics, LLC Website

    3.    Greg Beeche Logistics, LLC Property Sale – Leaseback Opportunity

    4.    Greg Beeche Logistics, LLC Building – Cost of Construction

    5.    Greg Beeche Logistics, LLC 2015-2024 Project Revenue

  6.  Greg Beeche Logistics, LLC Comprehensive Equipment Asset Values

  7.  Gregory L. Beeche Patents

  8.  Gregory L. Beeche Intellectual Property

  9.  Bob Jarvis email dated 9/28/25

  10.  Server Damage Report 9/28/25

  11.  Licenses outside CPA Evaluation

  12.  Letter of Intent Purchasing Greg Beeche Logistics, LLC

  13.  GBL Reclad Marketing Book

  14.  Ecker Window Corp reference letter

  15.  Reference letter from Atsalis Brothers & Utopia Construction

  16.  Reference letter from Permasteelisa NA

  17.  Reference letter from W & W Glass

  18.  Affidavit of Michael Budd, Managing Partner of New Hudson Facades, LLC

E. Proposed Witness List:

  1. Gregory Beeche

   a) Testimony summary: Mr. Beeche will testify that he is the founder, 80% owner and manager of the Debtor, Greg Beeche Logistics, LLC. He will testify that he, personally is the owner of the real estate upon which the Debtor operates, and is also the owner of the technology and patents used by the Debtor. He will describe his experience in design and implementation of the technology in over 600 projects. He will describe many long standing relationships with customers, including offers made to purchase the Debtor's business. He will testify to the value of the assets of the Debtor, its ongoing projects, its future projects and the

Debtor's ability to fulfil its current obligations and future projects.  Mr. Beeche will identify and explain the submitted exhibits.

2. Silvia Beeche

a) Testimony summary: Ms. Beeche will testify about the relationship between Debtor and clients, and her work in tracking meetings and photographing existing and new projects.

3. Kirk Beeche

a) Testimony summary: Mr. Kirk Beeche will testify about what is involved in successfully developing new and existing projects. He will also testify regarding efforts to resolve issues with Bank of America.

4. Kimberly Covert

a) Testimony summary: Ms. Covert will testify regarding her responsibilities as Office Manager of the Debtor, and her management of Debtors accounts payable, accounts receivable, overseeing client and vendor relations and maintaining the Greg Logistics, LLC account and the interplay between Debtor and Greg Logistics, LLC.  She will also testify to her work in HR and employee relations including office, shop, and field operations.

5. Kari Bornt

a) Testimony summary:  Ms. Bornt Debtor's former safety project manager will testify in regards to her work with the Receiver's office providing information about safety and billing and collections from projects.

6. Jason Mitola

a) Testimony summary:  Mr. Mitola will testify regarding his 25 years of employment with the Debtor, and the Debtor's patents

7.      Paul Hill

a) Testimony summary: Mr. Hill will testify about Debtor's current and past projects from a design engineer perspective.

8.      Dan Fink

a) Testimony summary: Mr. Fink will testify as to his experience as a former sales employee of the Debtor.

Dated: 11/14/25

/s/ Peter A. Orville
Peter A. Orville
Attorney for Defendant
Orville & McDonald Law, P.C.
4100 Vestal Rd. Ste 103
Vestal, NY 13850
Bar No.: 4517629