| Document No. | Name | Exhibit |
|---|---|---|
| 1. | Selected Pictures of Shop/Plant | |
| 2. | Greg Beeche Logistics, LLC Website | |
| 3. | Greg Beeche Logistics, LLC Property Sale-Leaseback Opportunity | |
| 4. | Greg Beeche Logistics, LLC Building- Cost of Construction | |
| 5. | Greg Beeche Logistics, LLC 2015-2024 Project Revenue | |
| 6. | Greg Beeche Logistics, LLC Comprehensive Equipment Asset Values | |
| 7. | Gregory L. Beeche Patents | |
| 8. | Gregory L. Beeche Intellectual Property | |
| 9. | Bob Jarvis email dated 9/28/25 | |
| 10. | Server damage report 9/28/25 | |
| 11. | Licenses outside CPA Evaluation | |
| 12. | Letter of Intent Purchasing Beeche Logistics, LLC | |
| 13. | GBL Reclad Marketing Book | |
| 14. | Ecker Window Corp reference letter | |
| 15. | Reference letter from Atsalis Brothers & Utopia Construction | |
| 16. | Reference letter from Permasteelisa NA | |
| 17. | Reference letter from W & W Glass | |
| 18. | Affidavit from Michael Budd, Managing Partner of New Hudson Facades, LLC | |