# ⚖ Orville & McDonald Law, P.C. ⚖

4100 Vestal Road, Suite 103
Vestal, New York 13850

Zachary D. McDonald, Esq.
Email: zdmcdonald7@gmail.com

Peter A. Orville, Esq.
Email: peteropc@gmail.com

---

November 17, 2025

US Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

**Re: Request for Certain Witnesses to Appear Remotely**
**Greg Beeche Logistics, LLC, Case No. 25-11257**

Dear Hon. Patrick J. Radel,  Bankruptcy Judge:

I write on behalf of the Debtor to respectfully request that certain witnesses be permitted to appear remotely at the evidentiary hearing scheduled for November 18, 2025 at 2:00 p.m. at the James T. Foley U.S. Courthouse, Courtroom 306, Albany, New York.

The Debtor anticipates calling the following witnesses:

1. **Kimberly Covert** – Office manager.
   This witness resides in South Carolina and appearing in person would require significant travel and associated expenses.
2. **Paul Hill –** Design Engineer.
   This witness is working and cannot leave work but can appear remotely.
3. **Kirk Beeche** – Director.
   This witness is currently ill and is unable to travel safely to Court.

To avoid disruption of the scheduled hearing and to ensure a full and complete evidentiary record, the Debtor respectfully asks that these witnesses be allowed to testify by video via Teams or another platform designated by the Court.

Counsel will coordinate with each witness to facilitate their remote appearance and will make all reasonable efforts to ensure they are prepared to testify and have access to any necessary exhibits.

Counsel will, of course, comply with any procedures or instructions the Court may issue regarding remote testimony.

---

We are a federally-designated Debt Relief Agency helping people to file for bankruptcy.

TELEPHONE (607) 770-1007    FACSIMILE (607) 770-1110

# ⚖ *Orville & McDonald Law, P.C.* ⚖

4100 Vestal Road, Suite 103
Vestal, New York 13850

Zachary D. McDonald, Esq.                                                          Peter A. Orville, Esq.
Email: zdmcdonald7@gmail.com                                      Email: peteropc@gmail.com

---

Thank you for your consideration.


Dated: 11/17/2025                                        /s/ Peter A. Orville
                                                         Peter A. Orville
                                                         Attorney for Debtor
                                                         Orville & McDonald Law, P.C.
                                                         4100 Vestal Rd. Ste 103
                                                         Vestal, NY 13850

---

We are a federally-designated Debt Relief Agency helping people to file for bankruptcy.

TELEPHONE (607) 770-1007    FACSIMILE (607) 770-1110