# ⚖ Orville & McDonald Law, P.C. ⚖

4100 Vestal Road, Suite 103
Vestal, New York 13850

Zachary D. McDonald, Esq.                        Peter A. Orville, Esq.
Email: zdmcdonald7@gmail.com            Email: peteropc@gmail.com

---

November 20, 2025

US Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

       **Re: Request for Status Conference**
           **Greg Beeche Logistics, LLC, Case No. 25-11257**

Dear Hon. Patrick J. Radel, Bankruptcy Judge:

The Court held an evidentiary hearing on November 18, 2025. At the conclusion of the hearing, the Court afforded the Debtor two days to finalize the necessary insurance coverage and/or reach a settlement with McCormick LLC.

I believe that the insurance issue has now been resolved, and that a settlement agreement with McCormick LLC is currently in progress. I have conferred with Mr. Schueller, counsel for McCormick LLC, and we jointly request a brief status conference today, as the Court's deadline expires today, to provide an update and address the next steps.

We appreciate the Court's consideration and are available at any time the Court may choose.

Dated: 11/20/2025                          /s/ Peter A. Orville
                                                      Peter A. Orville
                                                      Attorney for Debtor
                                                      Orville & McDonald Law, P.C.
                                                      4100 Vestal Rd. Ste 103
                                                      Vestal, NY 13850

We are a federally-designated Debt Relief Agency helping people to file for bankruptcy.

TELEPHONE (607) 770-1007     FACSIMILE (607) 770-1110