# ⚖ Orville & McDonald Law, P.C. ⚖

4100 Vestal Road, Suite 103
Vestal, NY 13850

Zachary D. McDonald, Esq.                                                Peter A. Orville, Esq.
Email: zdmcdonald7 @gmail.com                                            Email: peteropc@gmail.com

---

December 18, 2025

U.S. Bankruptcy Court
Northern District of New York
Judge Patrick J. Radel- Chambers
James T. Foley US Courthouse
445 Broadway, Suite 330
Albany, NY 12207

                                       RE:  Greg Beeche Logistics, LLC
                                       Case No. 25-11257

Dear Sir or Madam:

       This letter is in regards to the insurance currently in effect for the Debtor, Greg Beeche Logistics, LLC. (GBL).

       Originally, the Debtor had obtained an insurance policy for both the real estate in the name of Gregory Beeche, and the contents belonging to the Debtor, GBL

       When the Debtor requested that the insurance policy be solely in the name of GBL, the insurance company changed the name of the insured party to the Debtor, GBL.

       We have filed on the Docket the full insurance policy, number 0100415479-0, along with the "Policy Declarations Changes" listing Greg Beeche Logistics LLC as the Insured. We have also filed the "Loss Payable Provisions" listing the secured creditor, McCormick 103 LLC as the loss payee.

       In addition, we have filed the Receipt for Payment by the insurance company, R.J. Carignan & Company.

       This shows that the Debtor, Greg Beeche Logistics, LLC is fully insured for the $5,000,000.00 that the parties have agreed is the value of the assets of Debtor's estate.

       Thank you for your attention to this matter.

                                         Sincerely,

---

We are a federally-designated Debt Relief Agency helping people to file for bankruptcy.

TELEPHONE (607) 770-1007    FACSIMILE (607) 770-1110

# ⚖ Orville & McDonald Law, P.C. ⚖

4100 Vestal Road, Suite 103
Vestal, NY 13850

Zachary D. McDonald, Esq.
Email: zdmcdonald7@gmail.com

Peter A. Orville, Esq.
Email: peteropc@gmail.com

---

ORVILLE & MCDONALD LAW, P.C.

By: Peter A. Orville

PAO:sd

Enclosure

We are a federally-designated Debt Relief Agency helping people to file for bankruptcy.

TELEPHONE (607) 770-1007    FACSIMILE (607) 770-1110