So Ordered.

Signed this 23 day of December, 2025.



                                              Patrick G. Radel
                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    GREG BEECHE LOGISTICS, LLC,                    Case No. 25-11257-1-pgr
                                                                     Chapter 11

                                        *Debtor*.

## ORDER DISMISSING CASE

McCormick 103, LLC, by and through its counsel, having filed a Motion to Dismiss or, in the alternative, Excuse Turnover of Assets (ECF No. 11), and the Debtor, by and through its counsel, having opposed the motion (ECF No. 15); and this Court having heard oral argument on October 31, 2025, with Peter A. Orville, Esq. having appeared for the Debtor, and Christopher P. Schueller, Esq., having appeared for McCormick; and this Court having granted an Interim Order on that same date (ECF No. 22), which, *inter alia*, required the Debtor to obtain appropriate insurance, as required under 11 U.S.C. § 1112 (b)(4)(C), within seven (7) days of the date of the Order; and Debtor having failed to comply with the Interim Order; and this Court having presided at an evidentiary hearing on November 18, 2025, with appearances by the same counsel, and this Court having received exhibits and testimony into evidence; and the parties having requested additional time to reach a global settlement; and this Court having adjourned

this matter to November 20, 2025; November 25, 2025; and December 11, 2025; and the parties having indicated that a settlement was not possible; and this Court having entered a Second Interim Order Regarding McCormick's Motion to Dismiss (Docket No. 45) on December 11, 2025; which required the Debtor to provide proof of appropriate insurance by December 16, 2025; and Debtor having provided proof of insurance on the Debtor's personal property (Docket No. 48) but not liability insurance nor insurance on the Debtor's vehicles—some of which are allegedly being driven; and McCormick, the Receiver, and the United States Trustee having filed responses indicating that such insurance was not adequate in this case (Docket Nos. 51, 52, & 53); and this Court having given the matter due deliberation and careful consideration;

**NOW, THEREFORE**, for the reasons stated on the record at the conclusion of the December 23, 2025 hearing and based on the finding that Debtor has failed to maintain appropriate insurance, which poses a risk to the estate, it is hereby

**ORDERED**, that McCormick's motion is GRANTED and this case is DISMISSED for cause pursuant to 11 U.S.C. § 1112 (b).

# # #